UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIMOTHY DICKERSON,

        Plaintiff,                  Case No. 1:21-cv-401

v.                                          Honorable Paul L. Maloney

JOHN DAVIDS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   September 2, 2021                  /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge